

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. **18-33058** |
| | § | |
| **FLOYD GREEN** | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | HARLIN D. HALE |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM NO. 11
### TEXAS WORKFORCE COMMISSION

On the 27th day of August, 2020, came on to be heard Trustee's Objection to Claim filed by Texas Workforce Commission, Claim No. 112 (Trustee Claim No. 13).  It appears to the Court that cause exists for granting the Objection; that due notice has been given to the parties in interest, and that no response was filed by any parties to the relief requested,

IT IS THEREFORE ORDERED that the Trustee's Objection to the claim filed by Texas Workforce Commission in the amount of $9,240.00 is hereby GRANTED; and

ORDERED that the claim filed by Texas Workforce Commission is hereby disallowed in its entirety.

### End of Order ###

Approved:

/s/ Tara Tankersley
Tara Tankersley
Standing Chapter 13 Trustee
State Bar No. 19636900
105 Decker Court, Ste 1150
Irving, Texas 75062
214-855-9200
214-965-0758 fax
tara.tankersley@dallasch13.com